Warren T. Barclay, Plaintiff
Inmate Number 477154

FILED in the Trial Courts
State of Alaska Third District

NOV 03 2025

Clerk of the Trial Courts
By_____Deputy

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## THIRD JUDICIAL DISTRICT AT ANCHORAGE

**WARREN T. BARCLAY,**

                          **Plaintiff,**

**v**

**MUNICIPALITY OF ANCHORAGE -
ANCHORAGE POLICE DEPARTMENT,
POLICE DOG "k-9 Sig",
OFFICER BRANDON OTTS (60849),
OFFICER TIMOTHY DORSEY (60597),
OFFICER CHRISTOPHER WRIGHT (63716),
OFFICER AARON RICHWINE (62589),
OFFICER DANIEL NELSON (     ),
OFFICER WILLIAM PARRY (63318),
OFFICER BRIAN VANDERBUNT (62131),
OFFICER RAFAEL ROBINSON (1350), and
OFFICER BENJAMIN DAVIS (64747)
(IN THEIR INDIVIDUALS AND OFFICIAL CAPACITIES)**

                          **Defendant's**

## CIVIL COMPLAINT
## SEEKING MONEY DAMAGES

Case Number:   **3AN-25- 10537 CI**   **CIV**

COMES NOW, WARREN T. BARCLAY, the plaintiff, without the aid or assistance of counsel, self-representing, and hereby lodges his Civil Complaint against the above captioned defendants. The Plaintiff seeks money damages in excess of One Hundred Thousand Dollars ($100,000.00) with the true amount to be proven at trial. The Plaintiff further avers:

Barclay v Municipality, et al _3AN-25-_    _CIV_
Civil Complaint
Page 1 of 7

## I.   Jurisdiction and Venue

01.   This Honorable Court has original jurisdiction pursuant to Alaska Statute § 09.05.010.

02.   Venue properly lies with this court.

## II.  Amount in Controversy

03.   The plaintiff herein sues for in excess of One Hundred Thousand Dollars ($100,000.00) with the true amount to be proven at trial.

04.   Plaintiff seeks recover of all allowable awards for punitive damages inclusive of costs, fees, interests and expenses. Plaintiff seeks recover of all allowable awards for punitive damages inclusive of costs, fees, interests and expenses.

## III.  Plaintiff's First Cause of Action

05.   On or about July 3rd, 2024,  the defendant's upon locating the Plaintiff in his parked vehicle at approximately 4:00 am, did after learning he was asleep in his vehicle, first surrounded Plaintiff's vehicle, subjecting Plaintiff to a physical seizure of his person and property.

06.   The right of the people to be secure in their persons, houses and other property, papers, and effects, against unreasonable searches and seizures, shall not be violated. [1]

---

1    Alaska Constitution, Article I § 14

Barclay v Municipality, et al  3AN-25-_____ CIV
Civil Complaint
Page 2 of 7

EXHIBIT A
Page 2 of 7

07.  The Defendant's actions deprived the Plaintiff of his Alaska Constitutional Protected Rights to be let Alone[2]. (see Olmstead v United States[3])

08.  Alaska's Constitutional protections are more protective of the individual rights then the federal counter part.[4]

09.  The right of the people to privacy is recognized and shall not be infringed.[5]

10.  The defendant's seizure of the Plaintiff in side his vehicle, while quietly parked in a private parking lot in which the defendant slept, did violate Plaintiff's rights to be left alone.

## IV.  Plaintiff's Second Cause of Action

11.  After surrounding the Plaintiff asleep in his vehicle, the defendants did ram into Plaintiff's parked vehicle, causing damage to his 1996 Jeep Cherokee, jolting the Plaintiff awake and instilled fear that he was being assaulted.

12.  At no time prior to striking Plaintiff's vehicle did defendant's (all Anchorage Police Officers) ever announce their identification or attempt to wake Plaintiff up.

13.  Defendant's actions were intentional, deliberate and did cause damage to plaintiff''s vehicle.

---

2   United State Constitution, Fourth Amendment
3   Olmstead v United States, 277 U. S. 438  (1928)
4   Guidry v State, 671 P.2d 1277 (Alaska Supreme Court 1983)
5   Id.

*Barclay v Municipality, et al  3AN-25-_____  CIV*
*Civil Complaint*
*Page 3 of 7*

## V. *Plaintiff's Third Cause of Action*

14.  Just prior to ramming Plaintiff's vehicle, defendants did deploy Defendant K-9 Sig, a police trained dog.

15.  The defendants deployment of K-9 Sig, intended for the entertainment of the defendants.

16.  As the plaintiff was jolted awake, upon having his vehicle struck by defendant's (police) vehicle, the defendant in fear of the assault, not knowing what to do, started his vehicle and tried to drive himself and his girlfriend (who was also asleep in the vehicle with plaintiff) away to safety, before he realized he was fully blocked in by other cars.

17.  Plaintiff attempted to flee on foot and was quickly taken down, in pain as Defendant K-9 Sig, according to his training, aggressively bit down on plaintiff's left arm, and left to freely chew on plaintiff's arm while three of the defendants held plaintiff crying in pain.

## VI. *Plaintiff's Fourth Cause of Action*

18.  Defendant K-9's actions were unconstitutionally excessive, as the defendants holding plaintiff down, failed to remove Defendant K-9 Sig in a timely manner, but allowed him to continue to chew and bite into plaintiff's meat (removing a rather large piece of plaintiff's meat) from his left arm.

Barclay v Municipality, et al 3AN-25-_____CIV
Civil Complaint
Page 4 of 7

Case 3:26-cv-00052-SLG     Document 1-1     Filed 02/02/26     Page 4 of 7
EXHIBIT A
Page 4 of 7

19.     Following the eventual release of Defendant K-9 Sig, three of the defendants took turns holding

plaintiff's arm while twisting and squeezing of his arm while hand cuffed behind his back, causing

sever pain to plaintiff who was gushing blood from the wounds caused by Defendant K-9 Sig.


20.     Plaintiff begged the Defendants to stop twisting his arm as the pain increased each time they

laughed in response to his painful cries allowing another to take their place.


21.     Plaintiff spent several minutes in and out of consciousness as Defendants tortured plaintiff in

the rear seat of the police vehicle, while they conversing outside the vehicle. Never calling an

ambulance for the plaintiff.


### VII.  Plaintiff's Fifth Cause of Action

22.   The defendant's eventually took plaintiff to Alaska Regional Hospital (the furthest hospital away

from the scene on Dowling road), where he under went three surgeries along with two weeks of

hospital stay being bed ridden.


23.   The three reconstructive surgeries at the Hospital, as well as the vicious dog bites resulted in

permanent life lasting scars and loss of function and feeling in Plaintiff's arm.


24.     Plaintiff's mailing to his mailing address has resulted in thousands of dollars in medical costs.


Barclay v Municipality, et al  3AN-25-_____CIV
Civil Complaint
Page 5 of 7

### VIII.  Plaintiff's Sixth Cause of Action

25.    Plaintiff suffers from nightmares and Post Traumatic Stress Disorder and continues to be untreated following this vicious and unprovoked dog attack by defendants.

26.     plaintiff will need several hundred hours of therapy in order to be able to live in a some what state of which he had become accustomed to.

### IX.  Plaintiff's Prayer for Relief

27.  **WHEREAS** the Plaintiff is able to demonstrate he was deprived of his liberty under the Constitutional Rights afforded in both the United State's Constitution and Alaska's;

28.  WHEREAS the plaintiff is able to demonstrate he was deprived of his Right to be free of excessive force as afforded under both the constitutions of the United State's and Alaska;

29.  WHEREAS the Defendant's can not justify their actions to which they chose to take against the plaintiff;

30.  WHEREAS the plaintiff is entitled to a judgment and award in compensation of his losses, his pain, and medical costs (present and future): and

31.    WHEREAS the plaintiff is entitled to special damages as well as a punitive award, plus costs and interest associated with the prosecution of this action,

Barclay v Municipality, et al  3AN-25-_____CIV
Civil Complaint
Page 6 of 7

32. Plaintiff herein Prays this Honorable Court will enter a judgment against the Defendants in such as that allowable under the laws of the State of Alaska.

Respectfully submitted this _____ Day of _____, 2025 at Anchorage, Alaska.

_____
Warren T. Barclay                    Plaintiff

### *Affidavit of Warren T. Barclay*

I Warren T. Barclay, do hereby attest to the statements contained herein as being thus truthful and honest to the best of my memories and belief. I have fully read the statements contained herein and do believe there is supportive audio and video contained and controlled by the defendants to which I have not yet reviewed that may be informative to the triers of fact.

Further your affiant sayeth naught.

_____
Warren T. Barclay

Signed and dated before me this _30th_ Day of _OCTOBER_, 2025.

_____
Notary Public

My Commission expires _W/OFFICE_

Barclay v Municipality, et al  3AN-25-_____ CIV
Civil Complaint
Page 7 of 7

EXHIBIT A
Page 7 of 7